John M. PERZEL, Speaker of the Pennsylvania House of Representatives, and Samuel H. Smith, Majority Leader of the Pennsylvania House of Representatives, Petitioners,

v.

Pedro A. CORTES, Secretary of the Commonwealth of Pennsylvania, Respondent.

Supreme Court of Pennsylvania.

Dec. 20, 2004.

### ORDER

PER CURIAM.

**AND NOW,** this 20th day of December, 2004, the Application for Expedited Extraordinary Relief is hereby **GRANTED.**

The Secretary of the Commonwealth is ordered to carry out the directives of the Writ issued December 9, 2004 regarding a special election to fill the vacancy in the 189th legislative district.

Opinion to follow.